## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**BILLY JEROME WILLIAMS,**

     Plaintiff,

v.                                                    Civil Action No. 7:12-CV-72 (HL)

**JAMES PAIGE and TERRY BROWN**,

     Defendants.

### ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. 23). The motion is denied. This case has been referred to the Magistrate Judge and it is his responsibility to rule on all non-dispositive pretrial matters, including motions to appoint counsel. *See* M.D. Ga. L.R. 72.2. It is procedurally improper for a party to ask the district court for reconsideration of a ruling from the Magistrate Judge on a non-dispositive pretrial matter. Plaintiff may ask the Magistrate Judge for reconsideration of his order, but it is not the undersigned's place to reconsider the ruling.

**SO ORDERED**, this the 22nd day of March, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh