IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**BILLY JEROME WILLIAMS,**

    Plaintiff,

v.

**JAMES PAGE AND TERRY BROWN,**

    Defendant.

Civil Action No. 7:12-CV-72 (HL)

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 28) in which he recommends that Defendants' Motion for Summary Judgment (Doc. 25) be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendants' Motion for Summary Judgment is granted.

**SO ORDERED**, this the 25th day of October, 2013.

                        */s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

mbh